CHAPTER 13 PLAN
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

Debtor: **Lottie Richmond**_____  SS# xxx-xx-**5856**_____  Current Monthly Income **$684.00**
Joint Debtor: _____ SS# _____ Current Monthly Income $ _____
Address: **230 Neely Lane Byhalia, MS  38611**__  No. of Dependents  0  _____

Telephone No. _____  Tax Refunds and EIC for Distribution: _____

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured/ priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60**  months, not to exceed 60 months.  Debtor or Joint Debtor will make payments directly to the Trustee ONLY If self-employed, unemployed, or the recipient of governmental benefits.

[A]     Debtor shall pay **$ 625.57  per (monthly/)** to the Chapter 13 Trustee.  A payroll deduction order will be issued to Debtor's employer @:  Whispering Woods_____
_____
_____

Beginning _____ in the amount of $ _____ per month shall be paid:
          Direct          through payroll deduction         through the plan.

[B]     Joint Debtor shall pay $ ____ per (monthly/ semi-monthly/ weekly/ bi-weekly) to the Chapter 13 Trustee.  A payroll deduction order will be issued to Jt Debtor's employer @:   _____
_____
_____

**PRIORITY CREDITORS**.  Filed claims that are not disallowed to be paid in full:
IRS                       $ _____ @ $_____/ mo.
State Tax Commission $ _____ @ $_____/ mo.
Other:                  $_____ @$_____/ mo.

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**     _____
_____
_____

Beginning ___ in the amount of $ _ per month shall be paid:
          Direct       through payroll deduction      through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**_____
_____
_____

In the amount of $_____ shall be paid $ _____ per month:
          Through payroll deductions       through the plan.
**HOME MORTGAGE(S)**
Mtg pymts to: **Vanderbilt Mortgage and Finance   beginning 9/1/11 @ $473.00  (x ) plan   ( ) direct**
Mtg pymts to: _____  beginning        @ $           ( ) plan   ( ) direct
Mtg pymts to: _____  beginning        @ $           ( ) plan   ( ) direct
Mtg pymts to: _____  beginning        @ $           ( ) plan   ( ) direct

Mtg arrears to**: Vanderbilt Mortgage through August 1, 2011 $ 2,365.00 @ $ 40.00/ mo.**
Mtg arrears to:  _____ through _____ $ _____ @ $ _____/ mo.
Debtor's Initials _____   Joint Debtor's Initials _____           Chapter 13 plan, Page 1 of 3

1

**SECURED CLAIMS.**    Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325 (a)(5)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court.  That portion of the claim not paid as secured shall be paid as an unsecured claim.

<u>Creditor's</u> <u>Name</u>     <u>Collateral</u>     <u>Approx</u> <u>Amt</u> <u>Owed</u>          <u>Value</u>    <u>Int</u> <u>Rate</u> <u>Total</u> <u>Amt</u>   <u>Mo</u> <u>Pymt</u>
**Ascension     2000 Pontiac Bonneville  1799.00              1800.00  5.5       2061.78           34.36**
**SPECIAL CLAIMANTS.**  (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, debtor to pay zero on secured portion of debt.  Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

<u>Creditor's</u> <u>Name</u>  <u>Collateral</u> <u>or</u> <u>Type</u> <u>of</u> <u>Debt</u>          <u>Approx</u> <u>Amt.</u> <u>Owed</u>          <u>Proposal</u> <u>to</u> <u>be</u> <u>Paid</u>

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**UNSECURED DEBTS** totaling approximately $   are to be paid in deferred payments to Creditors that have filed claims that are not disallowed**:  TBA** or  10% (PRECENT) MINIMUM.

Total Attorney Fees Charged $**2700.00**       Pay Administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $0.00 _____pursuant to Court Order and/ or local rules.
Attorney fees to be paid through the plan **$2700.00**

Name/ Address/ Phone # of Vehicle Ins. Co./ Agent:   Atty for Debtor (Name/Address/ Phone No. #/ Email)
_____   Stacy Clinton_____
_____   4466 Elvis Presley Blvd, Ste 125
                                                                                    Memphis, TN  38116_____
_____   _____
Telephone/ Fax: _____   Telephone/ Fax:  901-527-6200/ 901-881-5335
                                                                                     Email Address:  stacy@theclintonlawoffice.com

Date: July 10, 2011              Debtor's signature:  /s/ Lottie Richmond
                                                Joint Debtor's signature:  _____
                                                Attorney's Signature: /s/ Stacy Clinton

                                                                                        Chapter 13 Plan, Page 2 of 2.